JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CARPENTER AND ROSANNE TABASKA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDITORS INTERCHANGE RECEIVABLES MANAGEMENT, LLC,<br>Defendant. | CASE NO.: 09-cv-08396-JFW-CW<br><br>**JUDGMENT GRANTING DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO F.R.C.P. 68**<br><br>District Judge: Hon. John Walter<br>Magistrate Judge: Hon. Carla Woehrle<br><br>TRIAL DATE: Nov. 16, 2010<br>PRE-TRIAL CONF.: Nov. 5, 2010<br>DISCOVERY CUT-OFF: Oct. 4, 2010 |

Based on the Plaintiffs' Acceptance of the Offer of Judgment made by Defendant Creditors Interchange Receivables Management, LLC, filed on July 15, 2010, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Defendant allows judgment to be taken against Defendant and in favor of Plaintiffs Stephanie Carpenter and Rosanne Tabaska;

2. Judgment shall be entered in the amount of $2,500.00 for Plaintiff STEPHANIE CARPENTER ("Plaintiff Carpenter");

3. Judgment shall be entered for Reasonable attorney's fees and costs in connection with Plaintiff Carpenter's action are to be added to the Judgment as against Defendant. Said fees and costs are to be in an amount to be agreed upon by counsel for the parties; or if the parties are unable to reach an agreement, then fees and costs shall be determined by the Court, upon Motion within 30 days;

**4.** Judgment shall be entered in the amount of $2,500.00 for Plaintiff ROSANNE TABASKA ("Plaintiff Tabaska");

**5.** Judgment shall be entered for Plaintiff's reasonable attorney's fees and costs in connection with Plaintiff Tabaska's action are to be added to the Judgment as against Defendant. Said fees and costs are to be in an amount to be agreed upon by counsel for the parties; or if the parties are unable to reach an agreement, then fees and costs shall be determined by the Court, upon Motion within 30 days.

**IT IS SO ORDERED.**

Dated: July 22, 2010  _____
United States District Court Judge