Closed

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CARPENTER and ROSANNE TABASKA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendant. | Case No.: 2:09-cv-08396-JFW-CW<br><br>ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE<br><br><br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Hon. Carla Woehrle |

　　　The Court has reviewed the Stipulation of Plaintiffs STEPHANIE CARPENTER and ROSANNE TABASKA and Defendant CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

　　　1.　　That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its/her/their own costs and expenses, including attorneys fees.

IT IS SO ORDERED

DATED: October 6, 2010　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

**06121.00/166689**　　　　　　　　ORDER RE STIPULATION RE DISMISSAL, etc.